IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:12cv601 (Judge Clark/Judge Mazzant) |
| DANIEL WATSON and ALL OCCUPANTS, | § § § | |
| *Defendants.* | § § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 9, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations concerning plaintiff's Motion to Remand and Motion for Attorney's Fees [Doc. #11], finding that the motion to remand be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that plaintiff's Motion to Remand [Doc. #11] is GRANTED, and this case is REMANDED to County Court at Law No. 4 for Collin County, Texas.

It is further **ORDERED** that plaintiff's motion for attorney's fees is DENIED for failure of

1

plaintiff's counsel to submit a supplemental affidavit, as set forth in the report and recommendation.

All motions by either party not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** on January  31 , 2013.

_____
Ron Clark
United States District Judge